478 A.2d 897

Commonwealth v. Stern, Appellant.

Reargument Denied Aug. 7, 1984.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

 Argued
November 15, 1983. Martin J. King, for appellant; John J. Burfete, Jr., Deputy Attorney General, for Commonwealth, appellee.

Before SPAETH, P.J., and BROSKY and HOFFMAN, JJ.

Affirmed.

SPAETH, P.J., filed a dissenting memorandum.